Louisiana Valve & machine Works Inc  
Balance Sheet As At 8/31/2010

## ASSETS

**Current Assets**

| | | |
|---|---:|---:|
| Cash Draws | 0.00 | |
| Petty Cash | 90.00 | |
| Saving Bank Account | 0.00 | |
| Checking Bank Account | 4,332.75 | |
| Foreign Currency Bank | 0.00 | |
| Total Cash | | 4,422.75 |
| Visa | 0.00 | |
| MasterCard | 0.00 | |
| American Express | 0.00 | |
| Other Credit Cards | 0.00 | |
| Total Credit Cards Receivable | | 0.00 |
| A/R | | 102,909.38 |
| AR Leased building #1 | | 2,500.00 |
| Investments | | 0.00 |
| Accounts Receivable | 160,512.32 | |
| Allowance for Doubtful Accounts | 0.00 | |
| Payroll Advances | 0.00 | |
| Total Receivable | | 160,512.32 |
| Prepaid Expense & Deposits | | 0.00 |
| **Total Current Assets** | | **270,344.45** |

**Inventory Assets**

| | |
|---|---:|
| Inventory A | 159,803.48 |
| Inventory B | 0.00 |
| Inventory C | 0.00 |
| **Total Inventory Assets** | **159,803.48** |

**Fixed Assets**

| | | |
|---|---:|---:|
| Leasehold Improvements | | 0.00 |
| Office Furniture & Equipment | 690.29 | |
| Accum. Deprec. - Furn & Equip. | -690.29 | |
| Net - Furniture & Equipment | | 0.00 |
| Vehicle | 0.00 | |
| Accum. Deprec. - Vehicle | 0.00 | |
| Net - Vehicle | | 0.00 |
| Property Plant & Equipment | | 1,544,974.34 |
| Accum Depr Property Plant & Equip | | -574,405.63 |
| Building | 0.00 | |
| Accum. Deprec. - Building | 0.00 | |
| Net - Building | | 0.00 |
| Land | | 0.00 |
| **Total Fixed Assets** | | **970,568.71** |

**Other Non-Current Assets**

| | |
|---|---:|
| Computer Software | 0.00 |
| Goodwill | 0.00 |
| Incorporation Cost | 0.00 |
| **Total Other Non-Current Assets** | **0.00** |

**TOTAL ASSETS**  1,400,716.64

## LIABILITIES

**Current Liabilities**

| | |
|---|---:|
| Accounts Payable | 7,453.58 |
| Import Duty Clearing | 0.00 |
| Bank Loan - Current Portion | 0.00 |
| Bank Advances | 0.00 |
| NP R Marks | 0.00 |
| Frederickson NP | 0.00 |
| Credit Card Payable | 8,753.68 |
| Corporate Taxes Payable | 0.00 |
| FIT Payable | 10.19 |
| SIT Payable | 0.00 |
| Social Security Tax Payable | 325.90 |
| Medicare Tax Payable | 139.40 |
| FUTA Payable | 0.00 |
| SUTA Payable | 0.00 |
| SDI Payable | 0.00 |
| Local Tax Payable | 0.00 |
| NP Pre-Petition | 825,427.36 |
| Deduction 1 Payable | 0.00 |

| | |
|---|---:|
| Deduction 2 payable | 0.00 |
| Deduction 3 Payable | 0.00 |
| Deduction 4 Payable | 0.00 |
| Deduction 5 Payable | 0.00 |
| State Sales Tax Payable | 4,443.15 |
| County Sales Tax Payable | 3,812.50 |
| District Sales Tax Payable | 0.00 |
| NP Pre-Petition unsecured | 159,120.66 |
| Taxes payable - Pre Petition | 46,074.44 |
| Loan from Officer Pre-Pretition | 33,873.16 |
| Total Current liabilities | 1,089,434.02 |
| | |
| Long Term liabilities | |
| Bank Loans | 0.00 |
| Mortgage Payable | 0.00 |
| Loans from Shareholders | -8,342.81 |
| Total Long Term liabilities | -8,342.81 |
| | |
| TOTAL LIABILITIES | 1,081,091.21 |
| | |
| EQUITY | |
| | |
| Share Capital | |
| Common Shares | 500.00 |
| Preferred Shares | 0.00 |
| Total Share Capital | 500.00 |
| | |
| Retained Earnings | |
| Retained earnings thru filing date | 37,428.65 |
| Retained earnings post filing | 167,434.12 |
| Retained Earnings - Previous Year | -11,472.76 |
| Current Earnings | 125,735.42 |
| Total Retained Earnings | 319,125.43 |
| | |
| TOTAL EQUITY | 319,625.43 |
| | |
| LIABILITIES AND EQUITY | 1,400,716.64 |